AO 245D  (Rev. 03/06) Judgment in a Criminal Case for Revocations
         Sheet 1

# UNITED STATES DISTRICT COURT

                    SOUTHERN    District of    ILLINOIS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| SULLIVAN RAY YOUNG | Case Number: 4:01CR40030-005-GPM |
|  | USM Number: 05296-025 |
|  | Judy Kuenneke, AFPD |
|  | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) _Statutory, Special_ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed another crime | 7/12/2010 |
| Special | Defendant failed to participate in substance abuse treatment/testing | 1/19/2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ***-**-0255

Defendant's Date of Birth: **-**-1980

Defendant's Residence Address:

City: E. St. Louis

State: IL

Defendant's Mailing Address:

SAME

October 18, 2010
Date of Imposition of Judgment

Signature of Judge

Hon. G. Patrick Murphy, U. S. District Judge
Name and Title of Judge

10/18/10
Date

FILED
OCT 18 2010
G. PATRICK MURPHY
SOUTHERN DISTRICT JUDGE
BENTON, ILLINOIS

AO 245D     (Rev. 03/06 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page __2__

DEFENDANT: SULLIVAN RAY YOUNG
CASE NUMBER: 4:01CR40030-005-GPM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**36 months on Ct. 1, to run consecutive to the sentence defendant is currently serving in Pulaski County IL, case no. 10-CF-67.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL